UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRETT T. BERGERON                              CIVIL ACTION

VERSUS                                         NUMBER: 12-2520

STEVE RADER, WARDEN                            SECTION: "N"(5)

**ORDER**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Brett T. Bergeron for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 8th day of August, 2013.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE